Exhibit A to the Complaint

**Location:** New York, NY

**Total Works Infringed:** 27

**IP Address:** 63.119.159.202

**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 07-25-2021 00:09:08 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 2 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 07-12-2021 20:46:15 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 3 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash: 332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 07-07-2021 22:23:06 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 4 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 07-01-2021 22:41:29 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 5 | Info Hash: D5B82DDF8DAC5B2590C87202E0665C94648B622B<br>File Hash: 8E16A963D945480880A34B3111E17286E093B4E2959BEFB3637279F33BE2802E | 06-28-2021 19:51:58 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |
| 6 | Info Hash: 4D787ED138A585C1EECF0E44E83EC3D49004F7CD<br>File Hash: 3F3A696F9E26856B2C412E2CAC0F40309EC102098201BB4215583ADAC60829DB | 06-28-2021 19:47:41 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 7 | Info Hash: A4F82BF3ACF8D31161829022CDFA042724D88246<br>File Hash: 8E9891EFB7628408C6308B20B7935CD16B11A13EE83060B3FB0390A7A3785682 | 06-28-2021 19:46:47 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 8 | Info Hash: 7ABEF2110AAB24D772A31B91D994EE0E2052E873<br>File Hash: 1D338DDE4A87B553FAE3E3411EA19462D8C525C20A3FB90183784EB6D98436A5 | 06-23-2021 19:53:17 | Blacked | 06-14-2018 | 07-14-2018 | PA0002130452 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 5D0B4AD468484FBE8B14C3EDE83C0059A3B500FC<br>File Hash: 5D52B81B4CD702783EF137C80FCA97DEFE10239686FCA3DDA9666FA8BE103EBD | 06-10-2021 23:03:32 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 10 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 06-10-2021 23:03:11 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 11 | Info Hash: 2D0A58AC281F78D3727962D95C09C7F154AE8142<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 06-10-2021 23:02:29 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 12 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 06-10-2021 05:46:03 | Tushy | 05-11-2018 | 05-24-2018 | PA0002101379 |
| 13 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 06-10-2021 05:43:21 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 14 | Info Hash: 8F3B910AE57207109EC67538F24D8D39B4DF524D<br>File Hash: 9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 06-10-2021 05:38:40 | Tushy | 07-05-2019 | 08-27-2019 | PA0002213300 |
| 15 | Info Hash: 66349A709F8863561BAB6DACD648456B0B55BF25<br>File Hash: 60E87939C977C66C07DD5FDA435CFC43B92F7FB2C73AE9DF288A5885156E4A39 | 06-10-2021 05:35:22 | Tushy | 03-01-2020 | 04-15-2020 | PA0002244962 |
| 16 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 06-10-2021 05:33:45 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 17 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 06-10-2021 05:32:06 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E<br>File Hash: B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 06-10-2021 05:31:47 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 19 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 06-10-2021 05:30:47 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 20 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 06-10-2021 05:27:14 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |
| 21 | Info Hash: 039BA5FE71C5977C9D7116F5969DDD54558EE778<br>File Hash: AB339829B42722F8A6C4A3ED8E1B45007C88A273899329302966367595FB5C08 | 06-10-2021 05:27:10 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 22 | Info Hash: 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25<br>File Hash: C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 06-09-2021 16:15:24 | Tushy | 07-05-2018 | 08-07-2018 | PA0002132399 |
| 23 | Info Hash: C5BA5E243166DB830E399E8739882FEE8D0A6D84<br>File Hash: F85FA20EA3D5DCE116E2BACDD4D186DACBDD85D3AB44C27B658DBBC0819C4B71 | 06-09-2021 15:35:25 | Vixen | 10-11-2019 | 10-21-2019 | PA0002207779 |
| 24 | Info Hash: D71FA8300D660A26679A2C53720C9F8C05F9CF79<br>File Hash: 276A5217C257ACCBF40A5B293E747E78107C17950B6AAFC100B1F51C4B1819C7 | 06-09-2021 15:24:43 | Tushy | 07-15-2019 | 08-02-2019 | PA0002192300 |
| 25 | Info Hash: AF5E9F5A7C0F50A3A0CCCA08C875B36921047704<br>File Hash: 21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C | 06-09-2021 15:24:00 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 26 | Info Hash: EA891F4D904D5EBA19CD4B3786B352E4A1804D7B<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 05-06-2020 05:13:29 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 54CA69329C1208FDD46B2FD64744EA1A9DC94C51<br>File Hash: BA4867795072FD797DD280C6691BC1237A67E1FF8326459C1EA7407C1566AA76 | 05-04-2020 15:56:27 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |